■ LEONARD NEWMAN AGENCY, INC., Appellant, v JOHN M. GALVIN, Respondent.—Ordered that the order of the Supreme Court, Westchester County, dated March 27, 1986, is affirmed, with costs, for reasons stated in the memorandum decision of Justice Velsor. Mangano, J. P., Weinstein, Lawrence and Kooper, JJ., concur.